IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH ANDERSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 3:07-0073 |
| v. | ) | Judge Trauger |
| | ) | |
| LINDA L. CAVER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On December 10, 2007, the Magistrate Judge issued a Report and Recommendation recommending, among other things, that summary judgment be granted to the defendant. (Docket No. 57)  No timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Motion for Summary Judgment filed by the defendant in both her individual and official capacities (Docket No. 41) is **GRANTED** as to all claims brought under 42 U.S.C. § 1983, and these claims are **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that the Motion to Dismiss filed by the defendant in her official capacity (Docket No. 25) is **DENIED AS MOOT**.  All claims based upon state law asserted pursuant to this court's supplemental jurisdiction under 28 U.S.C. § 1367 are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 15th day of January 2008.

_____
ALETA A. TRAUGER
U.S. District Judge